**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                    NO.   4:07CR00304-001 SWW

JOHN PATRICK MACK

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of statements on the record, the Court found that the defendant has violated his conditions probation without just cause.  However, the Court has determined that defendant's probation should not be revoked at this time but instead will modify the conditions.

IT IS THEREFORE ORDERED that defendant's term of probation shall be modified to include the following special conditions:

1. Defendant shall participate in a mental health and substance abuse assessment under the guidance and supervision of the U.S. Probation Office.

2. Following the ordered mental health and substance abuse assessment, defendant shall participate, as deemed necessary by the U.S. Probation Office, in a residential substance abuse treatment program under the guidance and supervision of the U.S. Probation Office.

3. Following the residential substance abuse treatment program, defendant shall serve a period of THREE (3) MONTHS in home detention with electronic monitoring.  The cost of such monitoring is to be paid by the United States Probation Office.  Defendant must pay to have a land line telephone installed in his home.

4. Defendant shall participate in some type of self-help programs such as AA or NA under the guidance and supervision of the U. S. Probation Office.

5. Defendant shall abstain from alcohol throughout the duration of probation and shall be subject to random testing under the guidance and supervision of the U. S. Probation Office.

All other conditions of defendant's probation previously imposed shall continue and remain in full force and effect until the expiration of his term of

probation.

The Court reminds defendant that any further violation of the terms of his probation could result in revocation of his release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's probation [docs #18 and #20] are dismissed without prejudice.

IT IS SO ORDERED this 6th day of August 2009.

/s/Susan Webber Wright
United States District Judge