**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:07CR00304-001 SWW

JOHN PATRICK MACK

### ORDER

The above entitled cause came on for hearing on government's petition [doc #39] to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of defendant, testimony of witnesses and exhibits received, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **THREE (3) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be placed in a facility as close as possible to Little Rock, Arkansas; and that defendant participate in substance abuse treatment or program and mental health counseling during incarceration.

There will be **TWO (2) YEARS** of supervised release to follow. All standard conditions of supervised will apply. In addition, the defendant will be subject to the following special conditions of supervised release:

   1. Defendant shall be subject to drug testing and shall

>participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.
>
>2. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The defendant is to report to the designated facility by ***2:00 p.m. on MONDAY, JANUARY 10, 2011.*** The defendant shall remain on present conditions of release pending report date.

IT IS SO ORDERED this 10th day of December 2010.

/s/Susan Webber Wright

United States District Judge